UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DANIELLE RYAN,

    Plaintiff,

  v.

ROMAN HOSSAIN, et al.,

    Defendants.

No. 2:08-CV-00537-MCE-CKD

**ORDER**

On May 23, 2011, Plaintiff filed a Request for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2). (ECF No. 15.) Plaintiff requests that the Court dismiss the entire action with prejudice due to the fact that the parties have reached a fair and equitable settlement agreement in this matter.

Accordingly, IT IS HEREBY ORDERD THAT:

1. Plaintiff's Request for Dismissal is GRANTED;
2. Each party shall bear their own costs and attorneys' fees; and
3. The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated: September 20, 2013

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

1